■ ANGELO PASCAZI et al., Individually and as Parents and Natural Guardians of SANDRA L. PASCAZI, an Infant, Respondents, v STEPHEN L. PELTON, Appellant. [621 NYS2d 979] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in denying that portion of defendant's motion for partial summary judgment seeking dismissal of plaintiffs' claim for punitive damages. "[P]unitive damages are available for the purpose of vindicating a public right only where the actions of the alleged tort-feasor constitute gross recklessness or intentional, wanton or malicious conduct aimed at the public generally or are activated by evil or reprehensible motives" *(Spinosa v Weinstein,* 168 AD2d 32, 42-43, quoting *Gravitt v Newman,* 114 AD2d 1000, 1002). The conduct alleged in the complaint does not approach the level of gross indifference to patient care necessary to support a claim for punitive damages in plaintiffs' causes of action for either medical malpractice or ordinary negligence *(see, Spinosa v Weinstein, supra; Jones v Hospital for Joint Diseases & Med. Ctr.,* 96 AD2d 498; *Twitchell v MacKay,* 78 AD2d 125, 130; *cf., Graham v Columbia-Presbyterian Med. Ctr.,* 185 AD2d 753).* (Appeal from Order of Supreme Court, Monroe County,

Ark, J.—Partial Summary Judgment.) Present—Pine, J. P., Balio, Fallon, Doerr and Boehm, JJ.